BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; § 26-18-7, Ala.Code 1975; § 26-18-3(1), Ala.Code 1975; Ex parte J.W.B., 933 So.2d 1081, 1087-92 (Ala.2005); Ex parte G.C., Jr., 924 So.2d 651, 656-59 (Ala.2005); Ex parte R.E.C., 899 So.2d 272, 279 (Ala.2004); Ex parte Beasley, 564 So.2d 950, 954 (Ala.1990); Q.F. v. Madison County Dep’t of Human Res., 891 So.2d 330, 335 (Ala.Civ.App.2004); S.A.B. v. Mobile County Dep’t of Human Res., 845 So .2d 825, 828 (Ala.Civ.App.2002); R.K. v. R.J., 843 So.2d 774, 783-84 (Ala.Civ.App. 2002); S.W.T. v. Cullman County Dep’t of Human Res., 782 So.2d 767, 770 (Ala.Civ.App.2000); T.P. v. S.P., 681 So.2d 624, 626 (Ala.Civ.App.1996); and Matter of T.M.A., 590 So.2d 298, 299 (Ala.Civ.App.1991).
THOMPSON, PITTMAN, and MURDOCK, JJ., concur.
CRAWLEY, P.J., dissents, with writing.